UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIANNE McCLOSKEY | ) | CASE NO. CV 15-5223 SP |
| Plaintiff, | ) | |
| | ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d) |
| vs. | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | ) ) ) | _____ |
| Defendant | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $5,00.00, subject to the terms of the stipulation.

Dated: December 27, 2016

_____
SHERI PYM
U.S. Magistrate Judge